UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TERESA LOCKETT and TARA HAMPTON,

    Plaintiffs,

vs.

DOLLAR GENERAL CORPORATION, et al,

    Defendants.

CASE NO. 2:14-cv-02847

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), all parties hereby stipulate that the above-entitled action is due to be dismissed with prejudice, with each party to bear their own respective costs and attorneys' fees.

Dated March ___, 2016.

By:   */s/ Stanley E. Graham*
Stanley E. Graham (TN BPR No. 019788)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380 (Telephone)
(615) 244-6804 (Facsimile)
stan.graham@wallerlaw.com

*Counsel for Defendants*

4836-9618-3343.1

/s/James Monroe Scurlock
James Monroe Scurlock (BPR No. 031292)
WALLACE, MARTIN, DUKE & RUSSELL, PLLC
1st Floor, Centre Place
212 Center Street
Little Rock, AR 72201
jms@WallaceLawFirm.com

*Attorney for Plaintiffs*

/s/ Matthew Reid Krell
Matthew Reid Krell
LAW OFFICES OF MATTHEW REID KRELL
1805 8th Avenue
Suite 121
Tuscaloosa, AL 35401
(662) 469-5342
(866) 237-2478 (fax)
matthewrkrell@gmail.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a correct copy of the foregoing Status Report, was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered with the CM/ECF system, on this 10th day of March, 2016.

                                                          */s/ Stanley E. Graham*