IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| TERESA LOCKETT and<br>TARA HAMPTON,<br><br>            Plaintiffs,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION;<br>JONATHAN HOLLOWAY; MYERS<br>RAYBORN; and PAUL GRIMES,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No: 2:14-cv-02847-JPM-cgc |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal, filed March 10, 2016. (ECF No. 39.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiffs against Defendants are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**, this 11th day of March, 2016.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE