# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| TERESA LOCKETT and<br>TARA HAMPTON,<br><br>    Plaintiffs,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION;<br>JONATHAN HOLLOWAY; MYERS<br>RAYBORN; and PAUL GRIMES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No: 2:14-cv-02847-JPM-cgc<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiffs' Complaint (ECF No. 1), filed October 27, 2014, the parties having stipulated to the dismissal of this action,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal (ECF No. 39), filed March 10, 2016, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiffs against Defendants are hereby DISMISSED WITH PREJUDICE.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE



March 11, 2016
Date